IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
NOV 2 0 2006
J. T. NOBLIN, CLERK
BY_____DEPUTY

MABEL N. BEECHAM     PLAINTIFF

VS.     CIVIL ACTION NO. 3:03cv1387-DPJ-JCS

JOHN W. SNOW, *Secretary of the Department of the Treasury*     DEFENDANT

## ORDER OF DISMISSAL

A settlement conference was held by the Court on November 16, 2006 and the parties were able to reach a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

ORDERED, this the 17th day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE